```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,     )
                              )   CR-11-007-EFS
            Plaintiff,        )
                              )
v.                            )   ORDER DENYING MOTION TO
                              )   RECONSIDER (Ct. Rec. 36)
JOHN ALAN HARMON,             )
                              )
            Defendant.        )
_____)
```

Before the court is Defendant's Motion to Reconsider Order Denying Motion to Modify Order of Detention. The court has considered the Declaration of counsel in support of the Motion, as well as the United States' response.

The court is unable to conclude Defendant is supervisable. Accordingly, Defendant's Motion **(Ct. Rec. 36)** is **DENIED**.

DATED April 18, 2011.

                        <u>S/ CYNTHIA IMBROGNO</u>
                        UNITED STATES MAGISTRATE JUDGE

ORDER DENYING MOTION TO RECONSIDER - 1