PROB 12C
(6/16)

Report Date: December 11, 2019

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 11, 2019

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: John Alan Harmon | Case Number: 0980 2:11CR00007-EFS-1 |
| Address of Offender: | Cheney, Washington 99004 |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 15, 2011

| | |
|---|---|
| Original Offense: | Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2) |
| Original Sentence: | Prison - 120 months; TSR - Life |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter |
| | Date Supervision Commenced: July 19, 2019 |
| Defense Attorney: | Federal Defender's office |
| | Date Supervision Expires: Life |

## PETITIONING THE COURT

To issue a **SUMMONS**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #14**: Defendant shall not have contact with any child under the age of 18, without the presence of an adult and approved in advance by the probation officer, this includes prohibiting the defendant from having any contact with any child by telephone or the internet. The defendant shall immediately report any unauthorized contact with minor-aged children to the probation officer. |

**Supporting Evidence**: John Harmon violated special condition number 14 by having contact with minors by using the Internet from on or about September 23 until approximately November 4, 2019.

On November 13, 2019, the undersigned officer was informed by the Spokane County Sheriff's Office that Mr. Harmon had been contacting boys at a local high school through Facebook and attempting to start online conversations with them. On December 6, 2019, the undersigned officer received requested pictures the victim's parents had regarding the alleged conduct. The pictures show Mr. Harmon thanking the victim for accepting his friend request on Facebook and wishing him a good day. The victim was turning 16 years old on that day.

Prob12C
Re: Harmon, John Alan
December 11, 2019
Page 2

On September 23, 2019, Mr. Harmon attempted to contact another minor, age 17. The evidence shows Mr. Harmon sending the victims a "waving hand" emoji and a "thumbs up" emoji approximately every 2 hours without response. On September 25, 2019, Mr. Harmon again tried to reach out to the second victim and wished him a great day at school the following day.

On July 19, 2019, John Harmon signed his judgment for case number 2:11CR00007-EFS-1 during his initial intake indicating he understood all conditions ordered by the Court. Specifically, Mr. Harmon was made aware by his U.S. probation officer that he must not have any contact with minors without prior approval by his U.S. probation officer.

The U.S. Probation Office respectfully recommends the Court issue a **SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/11/019

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

12/11/2019

Date