PROB 12C
(6/16)

Report Date: February 26, 2020

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 26, 2020

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: John Alan Harmon | Case Number: 0980 2:11CR00007-EFS-1 |
| Address of Offender: | Cheney, Washington 99004 |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 15, 2011

| | |
|---|---|
| Original Offense: | Distribution of Child Pornography, 18 U.S.C. § 2522A(a)(2) |
| Original Sentence: | Prison - 120 months<br>TSR - Life |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter |
| | Date Supervision Commenced: July 19, 2019 |
| Defense Attorney: | Bevan Maxey |
| | Date Supervision Expires: Life |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/11/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #16**: Defendant shall not reside or loiter within 1,000 feet of places where children congregate, which includes primary and secondary schools, schoolyards, parks, playgrounds, shopping malls, daycare centers, carnivals, recreation centers, and arcades. |
| | **Supporting Evidence**: John Harmon violated special condition number 16 by going to Cheney High School, a secondary school, on October 10, 2019, and February 4 and 18, 2020. |
| | The undersigned officer was notified by the Cheney School District staff that Mr. Harmon had been picking up one of their high school students. Specifically, Mr. Harmon had been inside the school on October 10, 2019, and February 4 and 18, 2020. The student in question is an 18-year-old male who is not related to Mr. Harmon. Cheney High School has student population of over 1,200 students, most of which are under the age of 18 years old. |
| | On July 19, 2019, John Harmon signed his judgment for case number 2:11CR00007-EFS-1 during his initial intake indicating he understood all conditions ordered by the Court. Specifically, Mr. Harmon was made aware by his U.S. probation officer that he must not go to primary or secondary schools. |

Prob12C
**Re: Harmon, John Alan**
**February 26, 2020**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  02/26/2020

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

February 26, 2020
Date